UNITED STATES of America, Plaintiff—Appellee,

v.

Cecil RAY, Jr., a/k/a Esco, Defendant—Appellant.

No. 12–6028.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Cecil Ray, Jr., Appellant Pro Se. Paul Thomas Camilletti, Thomas Oliver Muck-low, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecil Ray, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ray*, No. 3:06–cr–00008–JPB–JSK–1 (N.D.W.V. Nov. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*